**Dismissed and Memorandum Opinion filed November 28, 2023.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-22-00918-CV

---

### WILLIAM  SOLOMON LEWIS, Appellant

### V.

### JULIANNE  LEWIS  TILLISON, Appellee

---

**On Appeal from the 295th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2020-30353**

---

### MEMORANDUM OPINION

This is an appeal from a judgment signed April 28, 2022. The clerk's record was filed December 27, 2022. No brief was filed.

On October 10, 2023, we issued an order stating that unless appellant filed a brief on or before November 9, 2023, the appeal was subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.1(b).

Appellant filed no brief or other response. We dismiss the appeal.

PER CURIAM

Panel consists of Justices Hassan, Poissant, and Wilson.